# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Creatura, J. Richard | 2. Court or Organization<br><br>District Court - Western District of Washington | 3. Date of Report<br><br>08/13/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
1717 Pacific Ave.
Tacoma, WA 98402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager (Family corporation) | JJC & LMC, L.L.C. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2010 | Gordon Thomas Honeywell Malanca Peterson and Daheim, LLP retirement payments |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Creatura, J. Richard | 08/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2017 | Gordon Thomas Honeywell Malanca Peterson and Daheim, LLP | $18,293.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Columbia Bank Accounts (cash) | A | Interest | L | T | | | | | 1 |
| 2. Trust #1 Exemption Eq. Trust (Y) | | | | | | | | | 40 |
| 3. Trust 3 - BMW Bank of N. Amer. Salt Lake City CD (Y) | | | | | | | | | 47 |
| 4. Mediamax, Inc. Common stock (Y) | | | | | | | | | 39 |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. BANK DEPOSIT PROGRAM | MORGAN STANLEY BANK N.A. (cash) | A | Interest | L | T | | | | | 2, 45. 49 |
| 7. Ishares Curr Hedged MSCI EAFE (HEFA) | C | Dividend | | | Sold | 05/17/17 | M | E | 19 |
| 8. IShares Tips Bond ETF (TIP) | D | Dividend | N | T | Buy (add'l) | 05/17/17 | M | | 20 |
| 9. Vanguard Sm Cap Growth ETF (VBK) | A | Dividend | K | T | | | | | 37 |
| 10. Vanguard Sm Cap Value ETF (VB) | A | Dividend | K | T | | | | | 36 |
| 11. American Europacific Grw A. Mutual fund (AEPFX) | C | Dividend | L | T | | | | | 4 |
| 12. American GR Fd of America Mutual Fund (GFFFX) | E | Dividend | N | T | | | | | 5 |
| 13. Blackrock Equity Dividend A Common (MADVX) | E | Dividend | N | T | | | | | 8 |
| 14. First Eagle Overseas A (SGOIX) | B | Dividend | L | T | | | | | 51 |
| 15. Franklin Income Adv (FRIAX) | C | Dividend | L | T | | | | | 15 |
| 16. JP Morgan Mid Cap Value A Common (JMVSX) | C | Dividend | M | T | | | | | 21 |
| 17. Pimco Total Return A Mutual Fund (PTTPX) | D | Dividend | M | T | | | | | 29 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Premier Inst (IPPXX) (Y) | | | | | | | | | 17 |
| 19. Templeton Global Bd FD A Mutual Fund (TGBAX) | C | Dividend | M | T | | | | | 33 |
| 20. Thornburg Inv Inc Builder A Mutual fund (TIBIX) | D | Dividend | M | T | | | | | 34 |
| 21. Virtus Mult-Sector S/T Bd A Common (PIMSX) | D | Dividend | N | T | | | | | 35 |
| 22. IRA #2 (H) | | | | | | | | | |
| 23. Vanguard Sm Cap Growth ETF (VBK) | A | Dividend | J | T | | | | | 37 |
| 24. American Europacific Grw A. Mutual fund (AEPFX) | A | Dividend | J | T | | | | | 4 |
| 25. Blackrock Equity Dividend A Common (MADVX) | B | Dividend | K | T | | | | | 8 |
| 26. Delaware Small Cap Value A Mutual Fund (DEVIX) | A | Dividend | J | T | | | | | 10 |
| 27. Deutsche Real Est Secs S (RRREX) | A | Dividend | J | T | | | | | 11 |
| 28. First Eagle Overseas A (SGOIX) | A | Dividend | J | T | | | | | 51 |
| 29. JP Morgan Mid Cap Value A Common (JMVSX) | A | Dividend | K | T | | | | | 21 |
| 30. T Rowe Price Growth (formerly Group) Stock (PRGFX) | C | Dividend | K | T | | | | | 32 |
| 31. Thornburg Inv Inc Builder A Mutual fund (TIBIX) | A | Dividend | J | T | | | | | 34 |
| 32. IRA #3 (H) | | | | | | | | | |
| 33. Vanguard Sm Cap Growth ETF (VBK) | A | Dividend | J | T | | | | | 37 |
| 34. American Europacific Grw A. Mutual fund (AEPFX) | A | Dividend | J | T | | | | | 4 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackrock Equity Dividend A Common (MADVX) | B | Dividend | J | T | | | | | 8 |
| 36. Delaware Small Cap Value A Mutual Fund (DEVIX) | A | Dividend | J | T | | | | | 10 |
| 37. Deutsche Real Est Secs S (RRREX) | A | Dividend | J | T | | | | | 11 |
| 38. First Eagle Overseas A (SGOIX) | A | Dividend | J | T | | | | | 51 |
| 39. JP Morgan Mid Cap Value A Common (JMVSX) | A | Dividend | J | T | | | | | 21 |
| 40. T Rowe Price Growth (formerly Group) Stock (PRGFX) | B | Dividend | J | T | | | | | 32 |
| 41. Thornburg Inv Inc Builder A Mutual fund (TIBIX) | A | Dividend | J | T | | | | | 34 |
| 42. IRA #4 (H) | | | | | | | | | |
| 43. IShares Tips Bond ETF (TIP) | A | Dividend | J | T | | | | | 20 |
| 44. Vanguard Sm Cap Value ETF (VB) | A | Dividend | J | T | | | | | 36 |
| 45. American Europacific Grw A. Mutual fund (AEPFX) | A | Dividend | J | T | | | | | 4 |
| 46. American GR Fd of America Mutual Fund (GFFFX) | A | Dividend | J | T | | | | | 5 |
| 47. Blackrock High Eq Inc (BMCSX) (formerly Blackrock US Opportunities) | A | Dividend | J | T | | | | | 50 |
| 48. Diamond Hill Large Cap I (DHLRX) | A | Dividend | J | T | Buy | 08/30/17 | J | | |
| 49. GABELLI EQ INC AAA (GCIEX) | A | Dividend | | | Sold | 08/30/17 | J | A | 52 |
| 50. Pimco Total Return A Mutual Fund (PTTPX) | A | Dividend | J | T | | | | | 29 |
| 51. PRUDENTIAL SHT TRM CORP BD A (PIFZX) | A | Dividend | J | T | | | | | 55 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Templeton Global Bd FD A (TGBAX) | A | Dividend | J | T | | | | | 57 |
| 53. Thornburg Intl Value I (TGVIX) (X) | A | Dividend | J | T | | | | | |
| 54. Thornburg Inv Inc Builder A Mutual fund (TIBIX) | B | Dividend | J | T | | | | | 34 |
| 55. Voya Global Real Estate A (IGLAX) | A | Dividend | J | T | | | | | 38 |
| 56. BROKERAGE #1 (H) | | | | | | | | | |
| 57. BANK DEPOSIT PROGRAM \| MORGAN STANLEY BANK N.A. (cash) | A | Interest | K | T | | | | | 2, 45, 49 |
| 58. American Europacific Grw A. Mutual fund (AEPGX) | A | Dividend | K | T | | | | | 4 |
| 59. American Smallcap World A (SMCWX) | A | Dividend | J | T | | | | | 6 |
| 60. American Wa Mutual A Common (AWSHX) | B | Dividend | K | T | | | | | 7 |
| 61. Putnam Equity Income A (PEYAX) (formerly Putnam Growth & Income A) | B | Dividend | L | T | | | | | 30 |
| 62. BROKERAGE #2 (H) | | | | | | | | | |
| 63. American Europacific Grw A. Mutual fund (AEPGX) | A | Dividend | K | T | | | | | 4 |
| 64. American Smallcap World A (SMCWX) | A | Dividend | J | T | | | | | 6 |
| 65. American Wa Mutual A Common (AWSHX) | B | Dividend | K | T | | | | | 7 |
| 66. Putnam Equity Income A (PEYAX) (formerly Putnam Growth & Income A) | A | Dividend | K | T | | | | | 30 |
| 67. BROKERAGE #3 (H) | | | | | | | | | |
| 68. BANK DEPOSIT PROGRAM \| MORGAN STANLEY BANK N.A. (cash) | A | Interest | K | T | | | | | 2, 45, 49 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American AmCAP A Common (AMCPX) | C | Dividend | M | T | | | | | 3 |
| 70. Invesco Equal Wghtd S&P 500 Mutual Fund (VADAX) | C | Dividend | M | T | | | | | 41 |
| 71. Invesco Equity and Income A (ACEIX) | C | Dividend | K | T | | | | | 42 |
| 72. Invesco Global Healthcare A Mutual Fund (GGHCX) | D | Dividend | M | T | | | | | 43, 53 |
| 73. Invesco VK Technology A Mutual Fund (ITYAX) | A | Dividend | J | T | | | | | 44 |
| 74. MS Multi Cap Growth TR A (CPOAX) | D | Dividend | L | T | | | | | 46 |
| 75. MSIF Growth A (MSEGX) | D | Dividend | L | T | | | | | 26 |
| 76. BROKERAGE #4 (H) | | | | | | | | | |
| 77. BANK DEPOSIT PROGRAM | MORGAN STANLEY BANK N.A. (cash) | A | Interest | J | T | | | | | 2, 45, 49 |
| 78. IShares Tips Bond ETF (TIP) | A | Dividend | K | T | | | | | 20 |
| 79. Vanguard Sm Cap Growth ETF (VBK) | A | Dividend | K | T | | | | | 37 |
| 80. Vanguard Sm Cap Value ETF (VB) | A | Dividend | K | T | | | | | 36 |
| 81. American Europacific Grw A. Mutual fund (AEPFX) | B | Dividend | K | T | | | | | 4 |
| 82. American GR Fd of America Mutual Fund (GFFFX) | C | Dividend | L | T | | | | | 5 |
| 83. Blackrock Equity Dividend A Common (MADVX) | D | Dividend | L | T | | | | | 8 |
| 84. Deutsche Real Est Secs S (RRREX) | A | Dividend | J | T | | | | | 11 |
| 85. Dreyfus Standish GLB Fix Inc. (SDGIX) | A | Dividend | K | T | | | | | 12 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. First Eagle Overseas A (SGOIX) | B | Dividend | K | T | | | | | 51 |
| 87. JP Morgan Mid Cap Value A Common (JMVSX) | B | Dividend | L | T | | | | | 21 |
| 88. Thornburg Inv Inc Builder A Mutual fund (TIBIX) | C | Dividend | L | T | Buy (add'l) | 10/24/17 | J | | 34 |
| 89. Virtus Mult-Sector S/T Bd A Common (PIMSX) | B | Dividend | L | T | | | | | 35 |
| 90. BROKERAGE #5 (H) | | | | | | | | | |
| 91. Morgan Stanley Bank, N.A. (cash) | D | Interest | N | T | | | | | 2, 45, 49 |
| 92. Bank India NY (cash) (X) | B | Interest | | | Redeemed | 12/29/17 | M | | |
| 93. Capitol One Bank N.A. (cash) (X) | C | Interest | N | T | | | | | |
| 94. Invesco Premier Tx Exempt Inst (PEIXX) (Y) | | | | | | | | | 18 |
| 95. Madison FDS MDCP Cl Y (GTSGX) (Y) | | | | | | | | | 23 |
| 96. BROKERAGE #6 (H) | | | | | | | | | |
| 97. BANK DEPOSIT PROGRAM | MORGAN STANLEY BANK N.A. (cash) (Y) | | | | | | | | | 2, 45, 49 |
| 98. ISHARES CORE AGGRESSIVE ALLO (AOA) (X) | A | Dividend | K | T | Sold (part) | 11/15/17 | J | A | |
| 99. | | | | | Sold (part) | 12/18/17 | J | B | |
| 100. Invesco Equal Wghtd S&P 500 Mutual Fund (VADAX) | B | Int./Div. | L | T | | | | | 41 |
| 101. MS European Equity Fund B Common (EUGBX) (Y) | | | | | | | | | 25 |
| 102. JJC & LMC, L.L.C. (H) | | | | | | | | | 48 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. BANK DEPOSIT PROGRAM \| MORGAN STANLEY BANK N.A. | A | Interest | J | T | | | | | 2, 45, 49 |
| 104. IShares Tips Bond ETF (TIP) | B | Dividend | L | T | | | | | 20 |
| 105. Vanguard Sm Cap Value ETF (VB) | A | Dividend | L | T | | | | | 36 |
| 106. American Europacific Grw A. Mutual fund (AEPFX) | C | Dividend | M | T | | | | | 4 |
| 107. Blackrock High Eq Inc (BMCSX) (formerly Blackrock US Opportunities) | E | Dividend | | | Sold | 12/28/17 | L | | 50 |
| 108. Diamond Hill Large Cap I (DHLRX) | A | Dividend | L | T | Buy | 12/28/17 | L | | |
| 109. Dreyfus Standish GLB Fix Inc. (SDGIX) | B | Dividend | L | T | | | | | 12 |
| 110. Fidelity Adv New Insights I (FINSX) (X) | D | Dividend | M | T | | | | | |
| 111. First Eagle Overseas A (SGOIX) | C | Dividend | L | T | | | | | 51 |
| 112. Gabelli Eq Inc. AAA Mutual Fund (GCIEX) | D | Dividend | M | T | | | | | 16 |
| 113. Lord Abbett Sht Duration Inc F (LDLFX) | C | Dividend | L | T | Buy | 12/28/17 | L | | |
| 114. Metropolitan West TOT RET BD (MWTIX) | B | Dividend | L | T | | | | | 24 |
| 115. PRUDENTIAL SHT TRM CORP BD A (PIFZX) | C | Dividend | | | Sold | 12/28/17 | L | | 55 |
| 116. Thornburg Inv Inc Builder A Mutual fund (TIBIX) | B | Dividend | K | T | Buy (add'l) | 10/24/17 | J | | 34 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 08/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: This report has been reformatted to list holdings by account. As part of this process, it has been determined that certain acquisitions or dispositions were inadvertently omitted from prior reports. The assets involved are coded in this report with (X) or (Y), respectively. To account for name changes and duplicated or overlapping entries, corresponding line numbers in Part VII of the 2016 report are included in Column D(5).

Part VII, line 102: This header was previously listed as a single line item, with underlying holdings reported in the aggregate. For more complete reporting, this is now listed as a header, with underlying investments detailed individually.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, line 11 of the 2016 report of 8/16/2017 should have reflected a partial sale rather than a full sale.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Richard Creatura**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544